Benjamin J. KREIN *v.* STATE of Arkansas

CR 94-963                                                883 S.W.2d 481

Supreme Court of Arkansas
Opinion delivered October 3, 1994

*Evans & Evans*, by: *James E. Evans, Jr.*, for appellant.

No response.

■    PER CURIAM. Appellant Benjamin J. Krein moves for a belated appeal pursuant to Ark. R. Crim. P. 36.9 and states that a notice of appeal in this matter was filed on March 21, 1994, and that the judgment of commitment was filed subsequently on May 5, 1994. His attorney, James E. Evans, Jr., admits fault in failing to file the notice of appeal in timely fashion.

The motion for belated appeal is granted. A copy of this order will be forwarded to the Committee on Professional Conduct.